80 A.3d 1177

Theodore Pres.Ba.Chef.Ski, (correctly spelt: P–R–Z–Y–B–Y–S–Z–E–W–S–K–I), Petitioner

v.

The 2009–2013 "Acting Supervisor" Natasha LOWE of the Judicial Court's Administrative Clerks "Office", PCRA Unit Post Trial/Appeals Room 206, Second Floor, Criminal Justice Center, at 1301 Filbert Street, Philadelphia County, PA 19107; and/or 2009–2013 "Acting Supervising Judge" Hon. Sheila Woods–Skipper, PCRA Appeal in Room 1201, Criminal Justice Center, at 1301 Filbert Street, Phila., PA 19107, Acting in Concert for Depriving Due Process, Respondents.

No. 113 EM 2013.

Supreme Court of Pennsylvania.

Oct. 16, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2013, the Application for Leave to File Original Process and the Petition for Writ of

Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's Post Conviction Relief Act petition within 90 days of this order. The Prothonotary is directed to strike the name of the jurist from the caption.